AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA
V.

AMIE MARIE PRICE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 2:03CR284-WHA
USM Number: 11358-002

Jennifer Hart
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)  1, 2 and 4  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to participate/complete in drug testing and or/treatment at the Chemical Addictions Program | 11/03/2005 |
| 2 | Failure to successfully complete drug treatment at the Fellowship House as ordered by the Court | 01/26/2006 |
| 4 | Possession of drug paraphernalia | 03/06/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 00/00/1979

Defendant's Residence Address:

Prattville, Alabama 36067

Defendant's Mailing Address:

Prattville, Alabama 36067

March 21, 2006
Date of Imposition of Judgment

*/s/ Truman Hobbs*
Signature of Judge

TRUMAN M. HOBBS, SENIOR U. S. DISTRICT JUDGE
Name and Title of Judge

March 21, 2006
Date

DEFENDANT:     AMIE MARIE PRICE
CASE NUMBER:   2:03CR284-WHA

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
30 months. It is ORDERED that the term of supervised release imposed on June 7, 2004, is REVOKED.

The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 30 months.

X  The court makes the following recommendations to the Bureau of Prisons:
   That the Federal Bureau of Prisons designate the defendant to a facility where Intensive Residential Substance Abuse Treatment is available

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL